**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 04-1130

———————————

KAMIL A. MESAYS,

                                      Plaintiff - Appellant,

        versus

HOME DEPOT, GERMANTOWN,

                                      Defendant - Appellee.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Richard D. Bennett, District Judge.  (CA-
03-64)

———————————

Submitted:  May 26, 2004               Decided:  July 6, 2004

———————————

Before NIEMEYER, LUTTIG, and KING, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Kamil A. Mesays, Appellant Pro Se.  Paul Eugene Mirengoff, Joyce
Elaine Taber, Michele Harrington Murphy, AKIN, GUMP, STRAUSS, HAUER
& FELD, L.L.P., Washington, D.C., for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kamil A. Mesays appeals the district court's order denying his motion for summary judgment and granting Defendant's motion for summary judgment in Mesays' employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Mesays v. Home Depot, No. CA-03-64 (D. Md. Jan. 20, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED